*Fee Due*

NAME: Zachariah Chiaia

PRISON IDENTIFICATION / BOOKING NUMBER: J-39143

ADDRESS OR PLACE OF CONFINEMENT: SVSP - PO Box 1050 D1-131
Soledad, CA 93960-1050

NOTE: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address and telephone number.

FILED
2008 JUL 24 PM 4:18

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FULL NAME: Zachariah Chiaia
(Include name under which you were convicted)

Petitioner,

v.

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER: M. S. Evans

Respondent.

CASE NUMBER: CV 08 4885 - SVW (SH)
To be supplied by the Clerk of the United States District Court.

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION: Santa Barbara
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV- _____
CV- _____
CV- _____

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

A single petition should be used to challenge a particular State Court judgment of conviction and/or sentence.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: *(Check appropriate number)*

This petition concerns:

1. ☐ A conviction.
2. ☒ A sentence.
3. ☐ Prison discipline.
4. ☒ A parole problem.
5. ☐ Other.

# PETITION

1. Venue
   (a) Place of detention _Salinas Valley State Prison in Soledad, California_
   (b) Place of conviction _Santa Barbara Superior Court_
   (c) Place sentenced _Santa Barbara Superior Court_

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked).*
   (a) Nature of offenses involved *(include all counts)*: _Second Degree Murder_

   (b) Penal or other code section or sections: _P.C. 187_

   (c) Case number: _199196_
   (d) Date of conviction: _10/3/1994_
   (e) Date of sentence: _11/1/1994_
   (f) Length of sentence on each count: _15 years to life_

   (g) Plea *(check one)*
   ☒ Not guilty
   ☐ Guilty
   ☐ Nolo Contendere

   (h) Kind of trial: *(check one)*
   ☒ Jury
   ☐ Judge only
   ☐ Judge alone on transcript

   (i) Did you testify at the trial?
   ☐ Yes  ☒ No

---

3. Did you appeal from the conviction of sentence?
   ☒ Yes   ☐ No

4. If you did appeal, give the following information for each appeal:
   (a) (1) Name of court: _California Court of Appeal, Second Appellate District, Division 6_
   (2) Result: _Denied_

   (3) Date of result: _3/6/1996_
   (4) Citation or number of opinion: _2d Crim. No. B089438_
   (5) Grounds raised *(list each)*:
   (a) _Verdict tainted by giving 1992 version of CALJIC NO. 3.40 instruction_
   (b) _Trial court failed to instruct jury on involuntary manslaughter sua sponte_
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   (g) _____

   (b) (1) Name of court: _____
   (2) Result: _____

   (3) Date of result: _____
   (4) Citation or number of opinion: _____
   (5) Grounds raised *(list each)*:
   (a) _____
   (b) _____
   (c) _____
   (d) _____
   (e) _____
   (f) _____
   (g) _____

5. If you did not appeal:
   (a) State your reasons _____

(b) Did you seek permission to file a late appeal?
☐ Yes   ☐ No

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?

☒ Yes   ☐ No

7. If you answer to 6 was "Yes", give the following information:
   (a) (1) Name of court: Superior Court, County of Santa Barbara, California
       (2) Nature of proceeding: Petition for Writ of Habeas Corpus
       (3) Grounds raised: Punishment disproportionate to my individual culpability for my commitment offense as a result of parole denial, per In Re Dannenberg 34 Cal. 4th 1061 (2005) at 1096, 1098.
       (4) Result: Denied
       (5) Date of result: 10/17/2007
       (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
       1253475

   (b) (1) Name of court: California Court of Appeal, Second Appellate District, Division 6
       (2) Nature of proceeding: Petition for Writ of Habeas Corpus
       (3) Grounds raised: Punishment disproportionate to my individual culpability for my commitment offense as a result of parole denial, per In Re Dannenberg 34 Cal. 4th 1061 (2005) at 1096, 1098.
       (4) Result: Denied
       (5) Date of result: 11/28/2007
       (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
       B203841

   (c) (1) Name of court: Supreme Court of California
       (2) Nature of proceeding: Petition for Writ of Habeas Corpus
       (3) Grounds raised: Punishment disproportionate to my individual culpability for my commitment offense as a result of parole denial, per In Re Dannenberg 34 Cal. 4th 1061 (2005) at 1096, 1098.
       (4) Result: Denied
       (5) Date of result: 6/11/2008
       (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
       S159186

8. Was an evidentiary hearing held?
   ☐ Yes  ☒ No

   If so, state the name of the court, and the result: _____

9. If your answer to 6 was "No", explain briefly why you did not seek post-conviction relief in the state courts.

   _____

   **CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted as to some grounds, you must first present all other grounds to the state court.

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a **SINGLE** page only behind this page.

    **CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do). A rule of thumb is - who did exactly what to violate your rights at what time or place.

    (a) Ground one: My confinement has become disproportionate to my individual culpability for my commitment offense as a result of being denied parole: Cruel and Unusual.

    Supporting FACTS (tell your story BRIEFLY without citing cases or law):
    On 2/27/2007 I was denied parole for four years, for the second time, on the basis of public safety considerations. I am the least culpable of three co-defendants convicted in the 1993 homicide of Louis Altmark, in that I did not start the fight which evolved into what would eventually become a fatal assault (Mr. Altmark died 79 days later); in that relative to my two
    Continued on additional page...

    (b) Ground two: _____

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

co-defendants, I was a minor participant in the assault; in that I attempted to and eventually succeeded in dissuading my two co-defendants from continuing the assault, through both verbal and physical means; and in that I took measures to ensure that Mr. Altmark did not drown in his own blood, rolling him over as he lay unconscious on the ground and clearing his airway because I did not want him to die. I was arrested on 5/27/1993 and I have been continuously incarcerated for more than 15 years as of the date of the filing of this petition. My understanding is that both of my co-defendants, who are more culpable for my commitment offense than I am, are free and have been free for years. Despite being the least culpable for my commitment offense, I have suffered the most punishment and I continue to suffer the most punishment — punishment which has become disproportionate to my individual culpability for my commitment offense as a result of being denied parole. The latest parole denial ensures that I will be incarcerated *at least* 18 years as punishment for my commitment offense. But for two consecutive four-year parole denials I would have been paroled in 2003 and my punishment would have been proportionate to my individual culpability for my commitment offense. In light of the above stated factors in mitigation, 15 years is disproportionate to my individual culpability, and 18 years even more so.

(c) Ground three: _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

(d) Ground four: _____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

_____

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

_____

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?

☐ Yes   ☒ No

13. Are you presently represented by counsel?

☐ Yes   ☒ No

If so, provide name, address and telephone number: _____

_____

_____

Case name and court: _____

_____

**WHEREFORE**, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

7/16/08
*Date*

_____*Zak Chiaia*_____
*Signature of Petitioner*



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, July 24, 2008

ZACHARIAH CHIAIA
CDC#J39143
P. O. BOX 1050
SOLEDAD, CA 93960-1050


Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV08- 4885 SVW (SH)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ] District Court Judge _____

[X] Magistrate Judge    **Stephen J. Hillman**

at the following address:

[X] U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

[ ] Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516
(714) 338-4750

[ ] U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: _____CSAWYER_____
        Deputy Clerk

---

CV-17 (01/01)      LETTER re FILING H/C PETITION or 28/2255 MOTION



**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

Thursday, July 24, 2008

ZACHARIAH CHIAIA
CDC#J39143
P. O. BOX 1050
SOLEDAD, CA 93960-1050

Dear Sir/Madam:

Your petition has been filed and assigned civil case number    CV08- 4885 SVW (SH)

Upon the submission of your petition, it was noted that the following discrepencies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

  [X] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

  [X] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

  [X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

  [ ] (d) You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

  [ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court
    CSAWYER
By: _____
    Deputy Clerk

---

CV-111 (07/06)    NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION