Zachariah Chiaia J-39143
P.O. Box 1050   D1-132
Salinas Valley State Prison
Soledad, CA 93960-1050

FILED
CLERK U.S. DISTRICT COURT
AUG - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Zachariah Chiaia

PRISONER/PLAINTIFF,

v.

M.S. Evans

DEFENDANT(S).

CASE NUMBER

CV08 - 4885 SVW (SH)

**REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT**

I, Zachariah Chiaia, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No  *recently unassigned on 5/14/08*

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

   _____

   b. State the place of your incarceration  Salinas Valley State Prison in Soledad, California
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?              ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
   d. Gifts or inheritances?                             ☐Yes ☒No
   e. Any other income (other than listed above)?        ☐Yes ☒No
   f. Loans?                                             ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes  ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in each account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? __NEVER__

   Approximately how much income did your last tax return reflect? __∅ NEVER FILED ONE__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__California__
State

__Monterey__
County (or City)

I, __Zachariah Chiaia__, declare under penalty of perjury that the foregoing is true and correct.

__7/28/08__
Date

__Zak Chiaia__
Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____          _____
Date                             Authorized Officer of Institution (Signature)

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Chaia, Zahariah  J39143** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020                      [prisoner name]

_____ where (s)he is confined.
           [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **40.32** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **45.75**.

Dated: **7/30/08**                                           **L. Macias**
                                                    [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                    CALIFORNIA DEPARTMENT OF CORRECTIONS              REPORT DATE: 07/30/08
                                          SALINAS VALLEY STATE PRISON                       PAGE NO:           1
                                          INMATE TRUST ACCOUNTING SYSTEM
                                          INMATE TRUST ACCOUNT STATEMENT

                                      FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER  : J39143                                      BED/CELL NUMBER: FDB1T100000132L
ACCOUNT NAME    : CHIAIA, ZAHARIAH                            ACCOUNT TYPE:   I
PRIVILEGE GROUP : D

                                           TRUST ACCOUNT ACTIVITY

  TRAN
DATE CODE   DESCRIPTION           COMMENT       CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE

08/01/2008  BEGINNING BALANCE                                                              39.19
01/07 D554  INMATE PAYROL  1737P12/07                          47.04                       86.23
01/09 W415  CASH WITHDRAW  1780 BUD             284041698                    32.19         54.04
02/14 FC01  DRAW-FAC 1     1814 A2                                            7.04         47.00
03/06 D554  INMATE PAYROL  2037 P1/08                          47.04                       54.08
03/15 FC01  DRAW-FAC 1     2145 A2                                           46.00          8.08
04/06 D554  INMATE PAYROL  2300 P2/08                          47.04                       55.12
04/06 W415  CASH WITHDRAW  2326ABANQE 284042091                               5.00         50.12
04/07 FC01  DRAW-FAC 1     2404 A2                                           45.00          5.12
04/17 FC01  DRAW-FAC 1     2556 P3/08                          40.32                       45.44
04/04 D554  INMATE PAYROL  2633 A2                                            0.44         45.00
04/14 FC01  DRAW-FAC 1     2816 P4/08                          38.08                       38.52
05/06 D554  INMATE PAYROL  2929 A2                                            3.52         35.00
05/19 FC01  DRAW-FAC 1     3067 P5/08                          22.40                       25.92
06/05 D554  INMATE PAYROL  703127                                            32.32          6.40-
06/10 FR01  CANTEEN RETUR  3133 D1                                           29.00          3.32
06/11 FC06  DRAW-FAC 6     0166 D1                                            3.32          0.00
06/21 FC06  DRAW-FAC 6                                                        0.00          0.00

                                            TRUST ACCOUNT SUMMARY

 BEGINNING         TOTAL            TOTAL          CURRENT          HOLDS         TRANSACTIONS
  BALANCE         DEPOSITS        WITHDRAWALS      BALANCE         BALANCE        TO BE POSTED
 ---------        --------        -----------      -------         -------        ------------
   39.19           241.92           281.11           0.00            0.00              0.00

                                                                   CURRENT
                                                                  AVAILABLE
                                                                   BALANCE
                                                                  ---------
                                                                    0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 7/30/08
[signature] SVSP
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE