

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ZACHARIAH CHIAIA,<br><br>    Petitioner,<br><br>v.<br><br>M.S. EVANS,<br><br>    Respondent. | Case No. CV 08-4885-SVW (SH)<br><br>MEMORANDUM AND ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

Pro se petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254, herein. In his Petition, petitioner (who suffered a conviction in Santa Barbara Superior Court in 1994) challenges the Board of Prison Hearing's decision in 2007 to deny petitioner parole. (Petition at 2, 5-5(a)). Petitioner presently is in custody at the Salinas Valley State Prison in Soledad, California (Petition at 2), which is in Monterey County. Monterey County is located in the United States District Court for the Northern District of California. 28 U.S.C. § 84(a).

1

A petition for writ of habeas corpus relief brought pursuant to § 2254 must be filed in the district court for the district in which the prisoner resides or "in the district court for the district within which the State court was held which convicted and sentenced" the prisoner. 28 U.S.C. § 2241(d). This same section authorizes a district court, in the exercise of its discretion and in the furtherance of justice, to transfer a habeas petition to another district court.

Based on an informal understanding, it is the practice of the district courts in California to transfer habeas actions challenging state convictions to the "district court for the district within which the State court was held which convicted and sentenced" petitioner. However, the instant Petition does not challenge petitioner's conviction and sentence; rather, it challenges a parole decision that did not take place in this district.

IT IS THEREFORE ORDERED that this action be, and it is hereby transferred to the United States District Court for the Northern District of California.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon petitioner's counsel.

DATED: 8/7/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:
Dated: 8/4/08

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**   Clerk, United States District Court
_____ District of _____

**Re:**   Transfer of our Civil Case No. _____
        Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐   Original case file documents are enclosed in paper format.
☐   Electronic Documents are accessible through Pacer.
☐   Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____     By _____
                                            Deputy Clerk

*cc:*   *All counsel of record*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____     By _____
                                            Deputy Clerk

CV-22 (05/08)                **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**