# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08−cv−04885−SVW−SH

Zachariah Chiaia v. M. S. Evans  
Assigned to: Judge Stephen V. Wilson  
Referred to: Magistrate Judge Stephen J. Hillman  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/24/2008  
Date Terminated: 08/07/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Zachariah Chiaia**  represented by  **Zachariah Chiaia**  
CDC J−39143  
Salinas Valley State Prison  
P O Box 1050  
Soledad, CA 93960−1050  
PRO SE

V.

**Respondent**

**M. S. Evans**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Stephen V. Wilson and referred to Magistrate Judge Stephen J. Hillman. (Filing fee $ 5 DUE.), filed by Petitioner Zachariah Chiaia. (et) (Entered: 07/28/2008) |
| 07/24/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Stephen V. Wilson and referred to Magistrate Judge Stephen J. Hillman to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 07/28/2008) |
| 08/04/2008 | 3 | REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by petitioner Zachariah Chiaia. (sbu) (Entered: 08/08/2008) |
| 08/07/2008 | 4 | MEMORANDUM AND ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA by Judge Stephen V. Wilson transferring case to Northern District of California. Document's sent electronically. (MD JS−6. Case Terminated.) (Attachments: # 1 Letter) (ca) (Entered: 08/08/2008) |