1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ZACHARIAH CHIAIA,                          No. C 08-03867 SBA (PR)

12            Petitioner,                       **ORDER GRANTING *IN FORMA***
                                                ***PAUPERIS* STATUS AND DIRECTING**
13     v.                                       **RESPONDENT TO SHOW CAUSE WHY**
                                                **THE PETITION SHOULD NOT BE**
14   M. S. EVANS, Warden,                       **GRANTED**

15            Respondent.

16   _____/

17        Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.  Petitioner also seeks leave to proceed in forma pauperis.  It does not appear from the

19   face of the petition that it is without merit.  Good cause appearing, the Court hereby issues the

20   following orders:

21        1.    Petitioner's application to proceed in forma pauperis is GRANTED.

22        2.    The Clerk of the Court shall serve a copy of this Order and the petition and all

23   attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State

24   of California.  The Clerk shall also serve a copy of this Order on Petitioner at his current address.

25        3.    Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**

26   **and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5

27   of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not

28   be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  that have been transcribed previously and that are relevant to a determination of the issues presented

2  by the petition.

3        4.     If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with

4  the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer.  Should

5  Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days**

6  after the date Petitioner is served with Respondent's Answer.

7        5.     Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer,

8  as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.

9  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an

10  opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the

11  motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)**

12  **days** of receipt of any opposition.

13        6.     It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court

14  and Respondent informed of any change of address and must comply with the Court's orders in a

15  timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the

16  Court by mailing a true copy of the document to Respondent's counsel.

17        7.     Extensions of time are not favored, though reasonable extensions will be granted.

18  Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline

19  sought to be extended.

20       IT IS SO ORDERED.

21  DATED: 4/22/09

               SAUNDRA BROWN ARMSTRONG

22                 United States District Judge

23

24

25

26

27

28

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  ZACHARIAH CHIAIA,                          Case Number: CV08-03867 SBA

7        Plaintiff,                           **CERTIFICATE OF SERVICE**

8     v.

9  M S EVANS et al,

10       Defendant.
                                      /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13
    That on April 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17
    Zachariah Chiaia CDC J-39143
18  Salinas Valley State Prison
    P O Box 1050
19  Soledad, CA 93960-1050

20  Dated: April 27, 2009
                                      Richard W. Wieking, Clerk
21                                    By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.08\Chiaia3867.OSC.frm            3