IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARIAH CHIAIA, J-39143, | ) |
| Petitioner, | ) No. C 08-3867 SBA (PR) |
| vs. | ) JUDGMENT |
| ANTHONY HEDGPETH, Warden, | ) |
| Respondent. | ) |

Pursuant to the accompanying order denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent.

The clerk is instructed to close the file.

SO ORDERED.

DATED: 9/8/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                    FOR THE
                    NORTHERN DISTRICT OF CALIFORNIA
```

ZACHARIAH CHIAIA,

        Plaintiff,

  v.

M S EVANS et al,

        Defendant.
/

Case Number: CV08-03867 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zachariah  Chiaia J-39143
CTF North - Lassen Hall - LA 146
P.O. Box 0705
Soledad,  CA 93960-0705

Dated: September 12, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.08\Chiaia08-3867.jud.wpd

2